ALAN M. KINDRED (State Bar No. 135145)
alankindred@hotmail.com
**LAW OFFICES OF ALAN M. KINDRED**
5481 Ocean View Blvd.
La Cañada, California 91011-1215
Telephone (818) 636-5933
Facsimile (818) 248-6202

PIERRE R. YANNEY (*Pro Hac Vice*)
pyanney@darbylaw.com
**DARBY & DARBY, P.C.**
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Telephone (212) 527-7700
Facsimile (212) 527-7701

Attorneys for Defendant/Counterclaim-Plaintiff
CLICVU, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBZERO, LLC, a Wyoming limited liability company, | Case No. CV-08-0504 MRP (PLAx) |
| Plaintiff/Counterclaim-Defendant, | **JUDGMENT** |
| vs. | |
| CLICVU, INC., a Delaware corporation, doing business as SPAMEX, | |
| Defendant/Counterclaim-Plaintiff. | |

In accordance with this Court's May 1, 2009 Order for Summary Judgment of Non-Infringement and June 2, 2009 Order Denying Motion to Alter or Amend Judgment of Noninfringement and Correcting the Summary Judgment Order of Noninfringement:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. ClicVU's Motion for Summary Judgment of Non-Infringement is **GRANTED**;

2. WebZero's Cross-Motion for Summary Judgment of Infringement is **DENIED**;

3. ClicVU, as a matter of law, does not infringe U.S. Patent No. 6,973,481 ("the '481 Patent");

4. The Complaint against ClicVU is **DISMISSED** with prejudice; and

5. ClicVU's Invalidity Counterclaim against WebZero is **DISMISSED** without prejudice.

**SO ORDERED**

DATED: July 14, 2009

_____
Hon. Mariana R. Pfaelzer
United States District Court Judge